The emergent application filed by the Guardian ad Litem on April 4, 2017 (S-93-16), seeking clarification of the March 21, 2017 stay and other interim relief, is dismissed as moot.

166 A.3d 230

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v.
TARIK A. DUPREE, DEFENDANT-PETITIONER.

April 6, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-003474-14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

166 A.3d 231

IN THE MATTER OF THE ESTATE OF SOLOMON Z. BALK, DECEASED. (MARK ROSEMAN—PETITIONER)

April 6, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-001197-14 having been submitted to this Court, and the Court having considered the same;

220

It is ORDERED that the petition for certification is denied, with costs.

166 A.3d 231

CHRIS G. ALEVRAS, PLAINTIFF–PETITIONER, v. GLENN L. CAV-ANAGH, INDIVIDUALLY, AND CAVANAGH & ASSOCIATES, P.C., DEFENDANTS–RESPONDENTS, AND GOLD, ALBANESE & BARLETTI, LLC, JOINTLY, SEVERALLY, AND INDIVIDU-ALLY, DEFENDANTS.

April 6, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–004163–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.

166 A.3d 231

IN THE MATTER OF DEAN SCHWANER, DEPARTMENT OF CORRECTIONS. (DEAN SCHWANER—PETITIONER)

April 6, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court: